# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ACQUISITION & RESEARCH LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:22-cv-02333-EPD |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Deavers |
| ROGER G. FILION, JR. and R. FILION MANUFACTURING INC. dba KASI INFRARED, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this  15th  day of  February , 2024, upon consideration of the parties' Joint Motion to Permit the Parties to Attend the Settlement Conference Remotely, it is hereby ORDERED that the Motion is GRANTED. It is hereby FURTHER ORDERED that the parties may attend the settlement conference scheduled for February 26, 2024 via telephone or videoconference.

**IT IS SO ORDERED.**

Date: February 15, 2024         s/ *Elizabeth A. Preston Deavers*
                                 ELIZABETH A. PRESTON DEAVERS
                                 UNITED STATES MAGISTRATE JUDGE